IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00196-MR-WCM

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>    **Plaintiff and Stakeholder in Interpleader,**<br><br>vs.<br><br>LAUREN MICHELLE REYHER and TARA MICHELLE WRIGHT,<br><br>    **Defendants and Claimants in Interpleader.** | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On August 2, 2023, the Plaintiff initiated this interpleader action against the Defendants Lauren Michelle Reyher ("Reyher") and Tara Michelle Wright ("Wright"). [Doc. 1]. On September 6, 2023, the Plaintiff filed an executed Waiver of Service indicating that Wright had waived service on August 30, 2023. [Doc. 9]. On October 2, 2023, Reyher filed an Answer and a Crossclaim against Wright. [Doc. 11]. On October 3, 2023, the Plaintiff filed another executed Waiver of Service indicating that Wright had waived

service on September 25, 2023. [Doc. 9]. To date, however, Wright has not made an appearance or otherwise defended this action.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the Plaintiff and the Cross-Claimant shall file appropriate motions or otherwise take further action with respect to the Defendant/Crossclaim-Defendant Tara Michelle Wright. The parties are advised that failure to take further action will result in the dismissal of this Defendant/Crossclaim-Defendant without prejudice without further Order.

**IT IS SO ORDERED.**

Signed: January 10, 2024

Martin Reidinger
Chief United States District Judge