# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| State Farm Life Insurance Company, | ) | DEFAULT JUDGMENT |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00196-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Tara Michelle Wright | ) | |
| Lauren Michelle Reyher, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court on the Plaintiff's Motion for Default Judgment, and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Default Judgment is hereby entered against Defendant Tara Michelle Wright and the Plaintiff is directed to pay the proceeds of the Policy to Defendant Lauren Reyher in accordance with the Court's Order entered on May 28, 2024.

May 28, 2024

_Katherine Hord Simon, Clerk_
United States District Court